JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SATAH,<br>Petitioner,<br>v.<br>JAIME RIOS, et al.,<br>Respondents. | Case No. 5:26-cv-03819-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Immediate Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: July 20, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE